IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANN BARTON, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SWAN SURFACES, LLC.,<br><br>Defendant. | Case No. 20-cv-499-SPM |

### JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

IT IS ORDERED AND ADJUDGED that pursuant to the Order dated April 12, 2021 (Doc. 31), judgment is entered in favor of Defendant. This action is **DISMISSED** with prejudice, each party to bear own costs.

DATED: <u>April 12, 2021</u>

MARGARET M. ROBERTIE,
 Clerk of Court

By: <u>s/ *Jackie Muckensturm*</u>
 Deputy Clerk

APPROVED: <u>s/ *Stephen P. McGlynn*</u>
 STEPHEN P. MCGLYNN
 U.S. District Judge